IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NEOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-672-LPS-MPT |
| | ) | |
| FEDERAL SIGNAL CORPORATION, ET AL., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this 2nd day of August, 2012.

For the reasons set forth by the Court during the teleconference on August 1, 2012, IT IS HEREBY ORDERED that:

1. Plaintiff's Objection to Magistrate Judge Thynge's Report and Recommendation (D.I. 107) is **OVERRULED**, and the Report and Recommendation (D.I. 94) is hereby **ADOPTED**.

2. Plaintiff's motion for preliminary injunction (D.I. 19) is **DENIED**.

3. The Oral Argument scheduled for August 8, 2012 is **CANCELLED**.

UNITED STATES DISTRICT JUDGE