IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEOLOGY, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>FEDERAL SIGNAL CORPORATION,<br>FEDERAL SIGNAL TECHNOLOGIES,<br>LLC, and SIRIT CORP.,<br><br>      Defendants. | C.A. No. 11-672-LPS-MPT<br>(Consolidated)<br><br>**DEMAND FOR JURY TRIAL** |

## STIPULATION AND PROPOSED ORDER SUBSTITUTING A PARTY AND AMENDING THE CASE CAPTION

**WHEREAS**, on July 29, 2011, Plaintiff Neology, Inc. filed its Complaint in the captioned action asserting claims against Defendants Federal Signal Corporation, Federal Signal Technologies, LLC, and Sirit Corp. (collectively "Federal Signal") for alleged patent infringement;

**WHEREAS**, on October 21, 2011, Federal Signal filed its Answer, Defenses and Counterclaims to the Complaint;

**WHEREAS**, Defendant Sirit Corp. has changed names since the filing of the Answer; and,

**WHEREAS**, the parties wish to substitute Federal Signal of Texas Corp. (f/k/a Sirit Corp.) as defendant for Sirit Corp. in this action.

**IT IS HEREBY STIPULATED AND AGREED**, subject to the approval and order of the Court, as follows:

RLF1 7587566v.1

1.      Federal Signal of Texas Corp. (f/k/a Sirit Corp.) is substituted for the currently named defendant, Sirit Corp.

2.      To effect this substitution, defendant Sirit Corp. is dismissed from this case without prejudice (and deleted from the case caption) and defendant Federal Signal of Texas Corp. (f/k/a Sirit Corp.) is added to the case caption, replacing defendant Sirit Corp.

3.      All subsequent pleadings should reflect the proper entity— Federal Signal of Texas Corp. (f/k/a Sirit Corp.)—as defendant and counterclaimant.

| **RICHARDS, LAYTON & FINGER, P.A.** | **POTTER ANDERSON & CORROON LLP** |
|---|---|
| */s/ Anne Shea Gaza* | */s/ Richard L. Horwitz* |
| Frederick L. Cottrell, III (#2555)<br>Anne Shea Gaza (#4093)<br>Travis S. Hunter (#5350)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com<br>hunter@rlf.com | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com |
| OF COUNSEL:<br><br>Hamilton H. Hill<br>Adam K. Mortara<br>Michael J. Valaik<br>Asha L.I. Spencer<br>**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**<br>54 West Hubbard Street, Suite 300<br>Chicago, Illinois 60654<br>Telephone: (312) 494-4400<br>Facsimile:   (312) 494-4440<br>hamilton.hill@bartlit-beck.com<br>adam.mortara@bartlit-beck.com<br>michael.valaik@bartlit-beck.com<br>asha.spencer@bartlit-beck.com | OF COUNSEL:<br><br>Anthony J. Dain<br>Victor M. Felix<br>Brian J. Kennedy<br>Robin L. Phillips<br>**PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP**<br>525 B Street, Suite 2200<br>San Diego, California 92101<br>Telephone: (619) 238-1900<br>anthony.dain@procopio.com<br>victor.felix@procopio.com<br>brian.kennedy@procopio.com<br>robin.phillips@procopio.com |
| *Attorneys for Defendants Federal Signal* | *Attorneys for Plaintiff Neology, Inc.* |

RLF1 7587566v.1

*Corporation, Federal Signal Technologies, LLC, and Federal Signal of Texas Corp. (f/k/a Sirit Corp.)*

        **IT IS SO ORDERED** this _____ day of November, 2012.

                                           **United States District Judge**