## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEOLOGY, INC.,<br><br>             Plaintiff,<br><br>    v.<br><br>FEDERAL SIGNAL CORPORATION,<br>FEDERAL SIGNAL TECHNOLOGIES,<br>LLC, and FEDERAL SIGNAL OF TEXAS<br>CORP. (F/K/A SIRIT CORP.),<br><br>             Defendants. | Civil Action No:1:11-CV-00672 (LPS)<br><br>**JURY TRIAL DEMANDED** |
| FEDERAL SIGNAL CORPORATION,<br>FEDERAL SIGNAL TECHNOLOGIES,<br>LLC, and FEDERAL SIGNAL OF TEXAS<br>CORP. (F/K/A SIRIT CORP.),<br><br>             Counter-claimants,<br><br>    v.<br><br>NEOLOGY, INC.,<br><br>             Counter-defendants. | |

## JOINT MOTION TO DISMISS, WITH PREJUDICE, ALL CLAIMS AND COUNTERCLAIMS BETWEEN PLAINTIFF AND DEFENDANTS

Plaintiff Neology, Inc. ("Neology") and Defendants Federal Signal Corporation, Federal Signal Technologies, LLC (now known as FS Sub, LLC), and Federal Signal of Texas Corp. (formerly known as Sirit Corp.) (collectively, "Federal Signal") hereby jointly move for dismissal, with prejudice, of all pending claims and counterclaims asserted in this action between Neology and Federal Signal. The parties shall bear their own costs, expenses and attorneys' fees.

DATED:  June 21, 2013                 Respectfully submitted,

                                      POTTER ANDERSON & CORROON LLP

                                      By:   s/ *Bindu A. Palapura*
                                            Richard L. Horwitz (I.D. #2246)
                                            David E. Moore (I.D. #3983)
                                            Bindu A. Palapura (I.D. #5370)
                                            Hercules Plaza
                                            1313 North Market Street
                                            P.O. Box 951
                                            Wilmington, DE 19899
                                            Telephone: (302) 984-6000
                                            rhorwitz@potteranderson.com
                                            dmoore@potteranderson.com

                                            *Of Counsel*:
                                            Anthony J. Dain
                                            Victor M. Felix
                                            Robin L. Phillips
                                            Procopio, Cory, Hargreaves
                                              & Savitch, LLP
                                            525 B Street, Suite 2200
                                            San Diego, California  92101
                                            Telephone: 619.238.1900
                                            Facsimile: 619.235.0398
                                            ajd@procopio.com
                                            vmf@procopio.com
                                            rlp@procopio.com

                                            Attorneys for Plaintiff
                                            NEOLOGY, INC.


DATED: June 21, 2013                  RICHARDS, LAYTON & FINGER P.A


                                      By:   s/ *Travis S. Hunter*
                                            Frederick Cottrell, III (#2555)
                                            Anne Shea Gaza (#4093)
                                            Travis S. Hunter (#5350)
                                            One Rodney Square
                                            920 North King Street
                                            Wilmington, DE 19801
                                            (302) 651-7700
                                            cottrell@rlf.com
                                            gaza@rlf.com
                                            hunter@rlf.com

2

*Of Counsel*:
Hamilton H. Hill
Adam K. Mortara
Michael J. Valaik
Asha L.I. Spencer
BARTLIT BECK HERMAN PALENCHAR
 & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Ill. 60654
(312) 494-4400


Attorneys for Defendants
FEDERAL SIGNAL CORPORATION,
FEDERAL SIGNAL TECHNOLOGIES,
LLC, and SIRIT CORP.